**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL E. ALLEN**                                                                     **PLAINTIFF**
**ADC #176724**

**v.**                                          **Case No: 4:25-cv-00044 KGB**

**SHONDRA BYRD**                                                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 4). Plaintiff Michael E. Allen has not objected to the Recommendation, and the time for doing so has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted, as set forth in this Order.

Mr. Allen's motion for leave to proceed *in forma pauperis* is denied because, as set forth in the Recommendation, Mr. Allen has not alleged that he is in imminent danger of serious physical injury (Dkt. No. 3). Mr. Allen's complaint is dismissed without prejudice (Dkt. No. 1). Mr. Allen has 30 days from the date of this Order in which to reopen this case by paying the $405.00 filing fee in full. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 15th day of June, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge