**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL E. ALLEN**                                                            **PLAINTIFF**
**ADC #176724**

**v.**                                        **Case No: 4:25-cv-00044 KGB**

**SHONDRA BYRD**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Michael E. Allen's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought is

denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal

taken from the Order and Judgment dismissing this action is considered frivolous and not in good

faith.

So adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge